LESSEES OF THE GEORGIA RAILROAD *vs.* SIGMAN.

CERTIORARI, FROM NEWTON. Railroads. Damages. Negligence. New Trial. (Before Judge Stewart.)

Blandford, J.—Where suit was brought against a railroad company for negligently killing the cow of the plaintiff, and the evidence was conflicting as to the distance at which the cow could have been seen by the agents of the defendant, and the court below refused to disturb the verdict of the jury in favor of the defendant, this court will not control his discretion thus legally exercised.

Judgment affirmed.

J. M. Pace, for plaintiff in error.

Middlebrooks & Edwards, by brief, for defendant.